**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    **Plaintiff**

       **v.**

ROSA HAYDEE MORALES(1),

    **Defendant(s)**

**CRIMINAL NO.** 05-0150(JAG)

**ORDER**

    The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed.  Upon review of the record, the Court adopts the Report and Recommendation.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 30th day of January, 2006.

                      S/Jay A. Garcia-Gregory
                      JAY A. GARCIA-GREGORY
                      United States District Judge